# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 16 EAL 2023

          Respondent          :

         :   Petition for Allowance of Appeal
         :   from the Order of the Superior Court

          v.          :

SUMO DUKULAH,          :

          Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.